# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA MCGOWAN**                                                     **PLAINTIFF**

**VS.**                       **No. 3:25-cv-00082 PSH**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                           **DEFENDANT**

## ORDER

The plaintiff's unopposed motion for extension of time (Doc. No. 7) is granted, and he is directed to submit his appeal brief on or before August 25, 2025.

IT IS SO ORDERED this 18th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE