# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA MCGOWAN**                                                                     **PLAINTIFF**

**VS.**                    **No. 3:25-cv-00082 PSH**

**FRANK BISIGNANO, Commissioner,**
    **Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

    Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

    IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE